# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| RICHARD TALLMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEW ENGLAND COMPOUNDING )<br>PHARMACY, INC. d/b/a NEW )<br>ENGLAND COMPOUNDING )<br>CENTER; BARRY AND LISA )<br>CADDEN; AND GREGORY )<br>CONIGLIARO, )<br>)<br>Defendants. ) | CAUSE NO.: 3:12-CV-741-JD-CAN |

## NOTICE OF STAY BY REASON OF BANKRUPTCY

The defendant, New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), hereby notifies the Court that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-HJB. Pursuant to 11 U.S.C. § 362(a), all actions against NECC are stayed.

LEWIS WAGNER LLP

By: /s/ Dina M. Cox
DINA M. COX, #18590-49
KAMEELAH SHAHEED-DIALLO, #28058-49
ROBERT M. BAKER IV, #25471-49
*Attorneys for Defendant, New England Compounding Pharmacy, Inc.*

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on December 27, 2012 using the CM/ECF system which sent notification of this filing to the following:

Douglas D. Small / Edmond W. Foley
FOLEY & SMALL
1002 East Jefferson Blvd.
South Bend, IN  46617
*Counsel for Plaintiff*

                              */s/ Dina M. Cox*
                              DINA M. COX

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202
Phone: (317) 237-0500
FAX:   (317) 630-2790
dcox@lewiswagner.com
Q:\NECC\8 - Tallman\Federal Court Pleadings\Notice of Stay_Bankruptcy.docx