UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| RICHARD TALLMAN ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO: 3:12-CV-741-JD-CAN |
| v. ) | |
| ) | |
| NEW ENGLAND COMPOUNDING ) | |
| PHARMACY, INC. d/b/a NEW ) | |
| ENGLAND COMPOUNDING CENTER, ) | |
| BARRY AND LISA CADDEN, and ) | |
| GREGORY CONIGLIARO, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

The Court, having reviewed Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint, and being duly advised in the premises, hereby GRANTS Defendants' Motion. Defendants are hereby granted an extension up to an including April 22, 2013 to respond to Plaintiffs' Complaint.

SO ORDERED this 21st day of February, 2013.

s/Christopher A. Nuechterlein
Magistrate Judge, Christopher A. Nuechterlein
U.S. Northern District Court

Distribution:

Douglas D. Small
Edmond W. Foley
FOLEY & SMALL
1002 E. Jefferson Blvd.
South Bend, IN   46617

Dina M. Cox / Kameelah Shaheed-Diallo
Robert M. Baker IV / Janelle P. Kilies
LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN   46202